UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:09-14186-CIV-MARTINEZ-WHITE

MEYLEN PARRA

    Plaintiff,

v.

SHERIFF ROY RAYMOND, et. al.

    Defendants
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for all pre-trial matters (D. E. No. 3). The Magistrate Judge filed a Report and Recommendation (**D. E. No. 5**) recommending that this action be dismissed pursuant to 28 U.S.C. § 1915 and the Rooker-Feldman doctrine. *See D.C. Court of Appeals v. Feldman*, 460 U.S. 462 (1983). No objections have been filed. Having reviewed the record and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 5**) on July 6, 2009 is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that

    1. The Complaint be **DISMISSED** pursuant to 28 U.S.C. § 1915.

    2. This case is **CLOSED,** and all pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of March, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Patrick A. White
All Counsel of Record
Meylen Parra, *pro se*